IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL MACOLINO,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>SEAN MCCOY *et al.*,<br><br>　　　　　*Defendants*. | Civil Action<br><br>No. 18-cv-1476 |

# ORDER

**AND NOW**, this 22nd day of April, 2022, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 51, 52), Plaintiff's responses in opposition thereto (ECF Nos. 56, 57), and Defendants' replies (ECF Nos. 58, 59), and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant McCoy's Motion for Summary Judgment (ECF No. 51) is **GRANTED**.

2. Defendant Mullen's Motion for Summary Judgment (ECF No. 52) is **GRANTED**.

3. **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

4. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

　/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**

1